FEHLHABER PILE CO., INC., Respondent, *v.* B. TURECAMO CON-
TRACTING CO., INC., Appellant.

Argued March 9, 1943; decided April 15, 1943.

*Chester B. McLaughlin, William C. Goodson* and *Morris G. Duchin* for appellant.

*Irwin H. Rosenberg* and *Louis Rosenberg* for respondent.

Judgment affirmed, with costs; no opinion.

CONCUR: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.